**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Marlene Jensen, | Court File No.: 10-cv-03099 (PAM/TNL) |
| Plaintiff, | |
| vs. | **ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| Wal-Mart Stores, Inc., | |
| Defendant. | |

_____

Based upon the Stipulation for Dismissal With Prejudice entered into by Plaintiff Marlene Jensen and Defendant Wal-Mart Stores, Inc. - by and through their respective attorneys of record - and filed with this Court on October 5, 2011 (Doc. No. 35), the Court hereby makes the following:

### ORDER

1.   The above-captioned matter is hereby **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: October 6, 2011              s/Paul A. Magnuson
                                    Paul A. Magnuson
                                    Judge of the United States District
                                    Court for the District of Minnesota